1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MEREDITH MCGLOWN,

Plaintiff,

v.

ANN HARPER LEWIS, et al.,

Defendants.

Case No. C17-618-RSM

ORDER DENYING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS* AND GRANTING
LEAVE TO AMEND

10
11
12
13
14
15

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis*

16 ("IFP") in the above-entitled action, Dkt. 1.  After careful consideration of the application,

17 proposed complaint, the governing law and the balance of the record, the Court ORDERS as

18 follows:

19       (1)      Plaintiff's application to proceed IFP, Dkt. 1, is DENIED.  Plaintiff's

20 application is deficient as she failed to sign the written consent for payment of costs from any

21 recovery.  Dkt. 1 at 2.

22       (2)      Plaintiff is GRANTED LEAVE TO AMEND, and shall have **30 days** from the

23 date of this Order to correct the deficiency.  Plaintiff is advised that this case may be subject to

24 dismissal if she does not respond to this Order or fails to correct the deficiency.

25
26

ORDER
PAGE - 1

1        (3)     The Clerk is directed to send a copy of this Order to the plaintiff, and to the

2 Honorable Ricardo S. Martinez.

3        DATED this 2nd day of May, 2017.

_James P. Donohue_

JAMES P. DONOHUE
Chief United States Magistrate Judge