UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEREDITH E. McGLOWN,

        Plaintiff,

   v.

ANN HARPER LEWIS, *et al.*,

        Defendants.

CASE NO. C17-0618RSM

ORDER OF DISMISSAL

*Pro Se* Plaintiff, Meredith McGlown, filed a Motion for Leave to File *In Forma Pauperis* ("IFP") on April 19, 2017. Dkt. #1. On May 2, 2017, United States Magistrate Judge James P. Donohue, issued an Order denying the motion on the basis that Plaintiff had failed to sign the written consent for payment of costs from any recovery, and granting Plaintiff 30 days to amend her IFP application. Dkt. #6. Judge Donohue also warned Plaintiff that the failure to correct the deficiencies in the application may result in the dismissal of her case. *Id.*

More than 30 days have passed and Plaintiff has filed numerous additional documents in this matter; however, she has failed to file any corrected IFP application. *See* Dkts. #5, #7 and #9. Accordingly, this case is hereby DISMISSED without prejudice for such failure.

The Clerk shall send a copy of this Order to Plaintiff at 1205 Thomas St., Unit A4, Seattle, WA 98109.

The Clerk shall also send a copy of this Order to Judge Donohue

ORDER OF DISMISSAL
PAGE - 1

DATED this 5th day of June, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2